**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

**LAURIE D. PERRAULT, *et al.*,**

**Plaintiffs,**

**v.**

**Case No.: CCB07CV1582**

**THE CENTER FOR PAIN MANAGEMENT, L.L.C., *et al.***

**Defendants.**

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS PAIN MANAGEMENT CENTER ASC, LLC, AND PAIN MANAGEMENT CENTER, PC**

Pursuant to Rule 41(a)(1)(A)(ii) (Voluntary Dismissal by the Plaintiff), the parties hereby stipulate to the dismissal, with prejudice, of the Defendants Pain Management Center ASC, LLC, and Pain Management Center, PC, only. All other defendants will remain as parties in this action. Specifically, the Defendants, The Center for Pain Management, L.L.C., and Ali El-Mohandes, M.D., are not dismissed.

Respectfully submitted,

/s/ Edward L. Norwind
Edward L. Norwind, Esquire, Bar No. 08858
LNorwind@karpfrosh.com

Murray D. Scheel, Esquire, Bar No. 28070
MScheel@karpfrosh.com

Karp, Frosh, Lapidus, Wigodsky & Norwind
2273 Research Boulevard, Suite 200
Rockville, Maryland 20850

301-948-3800 - office
301-948-5449 - fax

*Attorneys for all Plaintiffs*

/s/ Conrad W. Varner
Conrad W. Varner, Esquire, Bar No. 03562
CVarner@VGlaw.org

Varner & Goundry
31 West Patrick Street
Suite 100
Frederick, Maryland 21701

301-631-1800 - office
301-631-9234 - fax

*Attorneys for all Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal with Prejudice of Defendants Pain Management Center ASC, LLC, and Pain Management Center, PC, was served via e-filing this **21st** day of August, 2008, on:

Conrad W. Varner, Esquire
Shelly Bagoly, Esquire
Varner & Goundry
31 West Patrick Street
Suite 100
Frederick, Maryland 21701

/s/ Murray Scheel
Murray Scheel